| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 13, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    LALAINE C SANTIAGO | Case No.:  20-19641<br><br>Hearing Date:  11/13/2020<br><br>Judge:  STACEY L. MEISEL |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: November 13, 2020

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  LALAINE C SANTIAGO

Case No.:  20-19641SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/13/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/13/2020 of the plan filed on 08/17/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/20/2020 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended budget by 11/20/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19641-SLM |
| Lalaine C Santiago | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

**Recip ID       Recipient Name and Address**
db           + Lalaine C Santiago, 23 Avenue C, Lodi, NJ 07644-1815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

**Name                Email Address**

Denise E. Carlon
on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Russell L. Low
on behalf of Debtor Lalaine C Santiago ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4