Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−19641−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lalaine C Santiago
    23 Avenue C
    Lodi, NJ 07644

Social Security No.:
    xxx−xx−4273

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/17/20 and a confirmation hearing on such Plan has been scheduled for 11/13/20.

The debtor filed a Modified Plan on 11/20/20 and a confirmation hearing on the Modified Plan is scheduled for 1/13/21 @ 8:30 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

     A full copy of the modified Plan will follow this notice.

Dated: November 23, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Lalaine C Santiago

    Debtor(s)

Case No. 20-19641-SLM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Nov 23, 2020

User: admin

Form ID: 186

Page 1 of 3

Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Lalaine C Santiago, 23 Avenue C, Lodi, NJ 07644-1815 |
| 518929081 | + | CAPITAL BANK N.A., ONE CHURCH STREET, SUITE 100, ROCKVILLE, MD 20850-4190 |
| 518929093 | + | Christian Rodriguez, 23 Avenue C, Lodi, NJ 07644-1815 |
| 518929087 | + | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 518929088 | + | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 518931921 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518929091 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518929095 | + | Stephen Einstein & Assoc., 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518929096 | + | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 518929097 | + | THE MONEY SOURCE INC., 500 SOUTH BROAD STREET, SUITE 100A, MERIDEN, CT 06450-6755 |
| 518990951 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 11

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2020 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2020 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2020 22:06:34 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518929082 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 22:06:01 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518929084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2020 21:26:00 | COMENITYCAPITAL/FFE21, ATTN: BANKRUPTCY DEPT, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 518929085 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2020 22:05:29 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518929086 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2020 21:27:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 518957848 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2020 21:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518933089 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 22:06:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518929089 | + | Email/PDF: pa_dc_claims@navient.com | Nov 23 2020 22:05:33 | NAVIET, ATTN: CLAIMS DEPT, PO BOX |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 186 | Total Noticed: 29 |

9500, WILKES-BARR, PA 18773-9500

| 518929090 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | Nov 23 2020 22:05:32 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 518984173 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | Nov 23 2020 22:06:07 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518986167 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | Nov 23 2020 22:06:07 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 518990892 | Email/Text: bnc-quantum@quantum3group.com | |
| | Nov 23 2020 21:26:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518929092 | + Email/PDF: resurgentbknotifications@resurgent.com | |
| | Nov 23 2020 22:06:45 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 518929794 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 23 2020 22:05:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518952463 | + Email/Text: bncmail@w-legal.com | |
| | Nov 23 2020 21:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518929098 | + Email/Text: EBankruptcy@UCFS.NET | |
| | Nov 23 2020 21:27:00 | UNITED CONSUMER FINANCIAL SERVICES, ATTN: BANKRUPTCY, 865 BASSETT RD, WESTLAKE, OH 44145-1194 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518929083 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518999434 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518929094 | ##+ | Second Round LP, 4150 Friedrich LAne Suit, Austin, TX 78744-1052 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2020          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-2                                User: admin                                          Page 3 of 3
Date Rcvd: Nov 23, 2020                           Form ID: 186                                      Total Noticed: 29

Marie-Ann Greenberg
                          magecf@magtrustee.com

Russell L. Low
                          on behalf of Debtor Lalaine C Santiago ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4