Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−19641−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lalaine C Santiago
   23 Avenue C
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−4273

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2021.

Dated: January 20, 2021
JAN: ntp

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 20-19641-SLM
Lalaine C Santiago                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 3
Date Rcvd: Jan 20, 2021                       Form ID: plncf13                             Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lalaine C Santiago, 23 Avenue C, Lodi, NJ 07644-1815 |
| 518929081 | + | CAPITAL BANK N.A., ONE CHURCH STREET, SUITE 100, ROCKVILLE, MD 20850-4190 |
| 518929093 | + | Christian Rodriguez, 23 Avenue C, Lodi, NJ 07644-1815 |
| 518929087 | + | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 518929088 | + | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 518931921 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518929091 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518929095 | + | Stephen Einstein & Assoc., 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518929096 | + | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 518929097 | + | THE MONEY SOURCE INC., 500 SOUTH BROAD STREET, SUITE 100A, MERIDEN, CT 06450-6755 |
| 518990951 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:46:52 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518929082 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:55:29 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518929084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 23:01:00 | COMENITYCAPITAL/FFE21, ATTN: BANKRUPTCY DEPT, PO BOX 183003, COLUMBUS, OH 43218-3003 |
| 518929085 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2021 22:47:24 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518929086 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2021 23:02:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 518957848 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2021 23:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518933089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:51:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518929089 | + | Email/PDF: pa_dc_claims@navient.com | Jan 20 2021 22:47:29 | NAVIET, ATTN: CLAIMS DEPT, PO BOX |

| Recip ID | Bypass | Notice Type / Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 9500, WILKES-BARR, PA 18773-9500 |
| 518929090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 22:51:36 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 518984173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 22:51:35 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518986167 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 22:55:29 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 518990892 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 23:01:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518929092 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:47:33 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, POB 10497, GREENVILLE, SC 29603-0497 |
| 518929794 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518952463 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 23:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518929098 | + | Email/Text: EBankruptcy@UCFS.NET | Jan 20 2021 23:02:00 | UNITED CONSUMER FINANCIAL SERVICES, ATTN: BANKRUPTCY, 865 BASSETT RD, WESTLAKE, OH 44145-1194 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518929083 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518999434 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518929094 | ##+ | Second Round LP, 4150 Friedrich LAne Suit, Austin, TX 78744-1052 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 20, 2021 | Form ID: plncf13 | Total Noticed: 29

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Lalaine C Santiago ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4