**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lalaine C. Santiago | : | CASE NO. 20-19641 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

**ATTORNEY'S RESPONSE TO CERTIFICATION OF DEFAULT OF STANDING TRUSTEE**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Lalaine C. Santiago in this bankruptcy proceeding.
2. A Trustee's Certification in Support of Default was entered by Marie-Ann Greenberg, Chapter 13 Standing Trustee.
3. The debtor is currently delinquent in the amount of $519.45.
4. When my legal staff contacted the debtor they did not get a response back in time to file an opposition to the matter.
5. Therefore, more time is needed to address the arrears.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  June 8, 2021                                    /s/ Russell L. Low

**Russell L. Low, Esq.**

Attorney for Debtor